# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     Venecia Jr., Hector     Docket No.     0980 4:17CR06010-001

## Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Hector Venecia Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 11th day of May, 2017 under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned manner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is in violation of his pretrial release by failing to obey all laws by driving with a suspended license in the 2nd degree on or about September 18, 2017, Benton County District Court case number 7Z0970485.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     October 19, 2017

by

Daniel M. Manning
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

Signature of Judicial Officer

October 20, 2017
Date