FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 23, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HECTOR VENECIA, JR.,<br><br>　　　　　　Defendant. | No. 4:17-CR-6010-EFS-1<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING MOTION TO EXPEDITE<br><br>**ECF Nos. 66, 67** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 66) and Defendant's Motion to Expedite (ECF No. 67).

IT IS HEREBY ORDERED:

1. The Motion to Expedite (ECF No. 67) is GRANTED.

2. The Motion to Modify Conditions of Release (ECF No. 66) is GRANTED.

3. Defendant's conditions of release are modified as follows: Defendant shall be permitted to travel to the Western District of Washington for work purposes beginning February 26, 2018, and shall return to the Eastern

ORDER - 1

District of Washington on March 2, 2018.

DATED February 23, 2018.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2